**Dismissed and Opinion Filed February 19, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01367-CV

### IN THE INTEREST OF Z.B., a child

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JD-10-103-X**

## MEMORANDUM OPINION

Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

By letter dated December 9, 2014, the Court raised a question concerning its jurisdiction over this appeal. Specifically, the orders appellant identified in her notice of appeal as the orders she wished to appeal were the trial court's October 20, 2014 temporary orders in this suit affecting the parent-child relationship. To date appellant has not responded to the Court's jurisdictional inquiry. Accordingly, we address our jurisdiction *sua sponte,* as we must. *M.O. Dental Lab. v. Rape,* 139 S.W.3d 671, 673 (Tex. 2004) (per curiam).

This court may entertain appeals only from final judgments or interlocutory orders authorized by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001); Tex. R. App. P. 28.1(a). Pursuant to the Family Code, temporary orders cannot be appealed. TEX. FAM. CODE ANN. § 105.001(e). Absent an appealable interlocutory order or final judgment, this court has no jurisdiction over this appeal. *See Ogletree v. Matthews*, 262 S.W.3d 316, 319 n. 1 (Tex. 2007); *Lehmann*, 39 S.W.3d at 195; *Northeast Indep. Sch. Dist. v. Aldridge*, 400 S.W.2d 893,

895 (Tex. 1966). For that reason, this appeal is dismissed for lack of jurisdiction. *See* Tex. R. App. P. 42.3(a).

141367F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF Z.B., a child

No. 05-14-01367-CV

On Appeal from the 305th Judicial District Court, Dallas County, Texas

Trial Court Cause No. JD-10-103-X.

Opinion delivered by Chief Justice Wright. Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED** for want of jurisdiction.

It is **ORDERED** that appellee DALLAS COUNTY CHILD PROTECTIVE SERVICES recover its costs of this appeal from appellant ANGELINA BRASHEAR AKA ANGELINA MARIE RICHARDSON

Judgment entered this 19th day of February, 2015.